In the Matter of the Claim of SAMUEL KLEIN, Respondent, against STOLLER & COOK COMPANY et al., Appellants.

*Matter of Klein* v. *Stoller & Cook Co.*, 175 App. Div. 958, affirmed. (Argued March 1, 1917; decided March 20, 1917.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered December 1, 1916, which affirmed an award of the state industrial commission under the Workmen's Compensation Law.   The questions on appeal were: Whether, under our workmen's compensation system, where the contract of hiring is made in New York for work to be done wholly in another state, the law of the place of performance does not fix the rights and liabilities of employee and employer in case of an industrial accident to the employee while at work in such other state.   Whether, irrespective of where the contract of hiring is to be performed, the decision of this court, in *Matter of Post* v. *Burger & Gohlke* (216 N. Y. 544), giving extraterritorial effect to our Workmen's Compensation Law, should not be receded from, because not grounded in good reason, reliable precedent or defendable theory, and, whether our political system of sovereign states does not require that the rule of "the place of injury" be applied in all claims arising under a workmen's compensation law.

*William H. Hotchkiss* for appellants.

*Egburt E. Woodbury, Attorney-General* (*E. C. Aiken* of counsel), for respondent.

Order affirmed, with costs, on authority of *Matter of Post* v. *Burger & Gohlke* (216 N. Y. 544).

Concur: HISCOCK, Ch. J., CHASE, CUDDEBACK, HOGAN, POUND, MCLAUGHLIN and ANDREWS, JJ.